UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARIO D HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTINE E. WORMUTH,<br><br>    Defendant. | Case No. 5:22-cv-00630-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 41 |

Plaintiff in the above-entitled matter filed a Third Amended Complaint on May 25, 2023 without leave of Court. ECF No. 41. Plaintiff is hereby ORDERED TO SHOW CAUSE why the Court should not strike his Third Amended Complaint for violating Federal Rule of Civil Procedure 15, which governs the filing of amended complaints.

If Plaintiff fails to file a written response to this order to show cause by June 13, 2023, the Court may strike the Third Amended Complaint without further notice.

**IT IS SO ORDERED.**

Dated: May 30, 2023

                                                   EDWARD J. DAVILA<br>                                                   United States District Judge

Case No.: 5:22-cv-00630-EJD
ORDER TO SHOW CAUSE